THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
George Alvin Demedicis,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2004-UP-649
Submitted December 1, 2004  Filed December 
 21, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: George Alvin Demedicis appeals 
 from his guilty plea to one count of second-degree criminal sexual conduct with 
 a minor and one count of incest.  Demedicis contends the trial court erred in 
 accepting his guilty plea without properly advising him of the sentencing consequences 
 he faced.  Demediciss counsel attached to the final brief a petition to be 
 relieved as counsel, stating she had reviewed the record and concluded this 
 appeal lacks merit.  After a thorough review of the record and counsels brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and GOOLSBY and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.